UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, ASYLUM RECORDS LLC, ATLANTIC RECORDING CORPORATION, ATLANTIC RECORDS GROUP LLC, BAD BOY RECORDS LLC, BIG BEAT RECORDS INC., ELEKTRA ENTERTAINMENT GROUP INC., ELEKTRA ENTERTAINMENT LLC, FUELED BY RAMEN LLC, LAVA RECORDS LLC, MAVERICK RECORDING COMPANY, NONESUCH RECORDS INC., RHINO ENTERTAINMENT COMPANY, RHINO ENTERTAINMENT LLC, ROADRUNNER RECORDS, INC., RYKODISC, INC., WARNER MUSIC INC., WARNER MUSIC INTERNATIONAL SERVICES LIMITED, WARNER MUSIC LATINA INC., WARNER MUSIC NASHVILLE LLC, WARNER RECORDS INC., WARNER RECORDS LLC, WARNER RECORDS/QRI VENTURE, INC., WARNER RECORDS/SIRE VENTURES LLC, ARISTA MUSIC, ARISTA RECORDS, LLC, LAFACE RECORDS, LLC, SONY MUSIC ENTERTAINMENT, SONY MUSIC ENTERTAINMENT US LATIN LLC, ULTRA RECORDS, LLC, VOLCANO ENTERTAINMENT III, LLC, ZOMBA RECORDING LLC, AND ABKCO MUSIC & RECORDS, INC., <br><br>      Plaintiffs, <br>v. <br><br>VERIZON COMMUNICATIONS INC., VERIZON SERVICES CORP., AND CELLCO PARTNERSHIP (D/B/A VERIZON WIRELESS) <br><br>      Defendants. | Civ. Case No. 24-cv-5285 <br><br><br>**PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs disclose the following:

Plaintiffs UMG Recordings, Inc. and Capitol Records, LLC are wholly owned indirect subsidiaries of Universal Music Group N.V., a Netherlands public limited company. No other publicly held company owns 10% or more of the stock of UMG Recordings, Inc., or Capitol Records, LLC. Compagnie de Cornouaille SAS and PS VII Master, L.P. own more than 10% of Universal Music Group N.V.'s stock. No other company owns 10% or more of Universal Music Group N.V.'s stock.

Plaintiffs Asylum Records LLC, Atlantic Recording Corporation, Atlantic Records Group LLC, Big Beat Records Inc., Elektra Entertainment Group Inc., Elektra Entertainment LLC, Fueled by Ramen LLC, Lava Records LLC, Maverick Recording Company, Nonesuch Records Inc., Rhino Entertainment Company, Rhino Entertainment LLC, Roadrunner Records, Inc., Rykodisc, Inc., Warner Music Inc., Warner Music International Services Limited, Warner Music Latina Inc., Warner Music Nashville LLC, Warner Records Inc., Warner Records LLC, Warner Records/QRI Venture, Inc., and Warner Records/SIRE Ventures LLC are wholly-owned indirect subsidiaries of Warner Music Group Corp., which is a publicly traded company with more than ten percent (10%) of its stock owned by AI Entertainment Holdings LLC and certain of its affiliates, which are not publicly traded companies.

Plaintiff Bad Boy Records LLC is a joint venture in which Atlantic Recording Corporation, an indirectly wholly-owned subsidiary of Warner Music Group Corp., holds a fifty percent (50%) interest. Bad Boy Records, which is not a publicly traded company, holds the remaining fifty percent (50%) interest in Bad Boy Records LLC.

Plaintiffs Sony Music Entertainment, Arista Music, Arista Records, LLC, LaFace Records, LLC, Sony Music Entertainment US Latin LLC, Ultra Records, LLC, Volcano Entertainment III,

LLC, and Zomba Recording LLC are wholly owned, indirect subsidiaries of Sony Group Corporation, a publicly traded company organized under the laws of Japan. No publicly traded company other than Sony Group Corporation owns ten percent (10%) or more of the stock in Sony Music Entertainment, Arista Music, Arista Records, LLC, LaFace Records, LLC, Sony Music Entertainment US Latin LLC, Ultra Records, LLC, Volcano Entertainment III, LLC, or Zomba Recording LLC.

Plaintiff ABKCO Music & Records, Inc. is a New York privately held company. No publicly traded company owns ten percent (10%) or more of ABKCO Music & Records, Inc.

Dated: July 12, 2024

Respectfully submitted,

*/s/ Matthew J. Oppenheim*
Matthew J. Oppenheim
Jeffrey M. Gould
Corey Miller
Keith Howell
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave. NW, 5th Floor
Washington, DC 20016
Telephone: (202) 621-9027
matt@oandzlaw.com
jeff@oandzlaw.com
corey@oandzlaw.com
khowell@oandzlaw.com

Alexander Kaplan
Carly K. Rothman
Lauren Bergelson
Bret Matera
OPPENHEIM + ZEBRAK, LLP
461 Fifth Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 951-1156
alex@oandzlaw.com
carly@oandzlaw.com
lbergelson@oandzlaw.com
bmatera@oandzlaw.com

*Attorneys for Plaintiffs*