UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UMG RECORDINGS, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> VERIZON COMMUNICATIONS INC., et al., <br><br> Defendants. | 24-CV-05285 (MMG) |

## VERIZON'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Verizon Communications Inc., Verizon Services Corp., and Cellco Partnership (d/b/a Verizon Wireless) state:

Verizon Communications Inc. is a publicly held corporation. It has no parent corporation, and no publicly held corporation owns 10% or more of its stock. Verizon Services Corp. and Cellco Partnership d/b/a Verizon Wireless are wholly owned subsidiaries, either directly or indirectly, of Verizon Communications Inc.

Dated:  July 26, 2024

Respectfully submitted,

/s/ *Minsuk Han*
 Joshua D. Branson (*pro hac vice*
   forthcoming)
 Scott H. Angstreich (*pro hac vice*
   forthcoming)
 Minsuk Han
 Kellogg, Hansen, Todd,
   Figel & Frederick, P.L.L.C.
 1615 M Street NW, Suite 400
 Washington, D.C. 20036
 (202) 326-7900
 jbranson@kellogghansen.com
 sangstreich@kellogghansen.com

mhan@kellogghansen.com

*Counsel for Defendants Verizon Communications Inc., Verizon Services Corp., and Cellco Partnership (d/b/a Verizon Wireless)*