KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215

(202) 326-7900

FACSIMILE:
(202) 326-7999



August 16, 2024

*Via ECF*

The Honorable Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

    Re:   *UMG Recordings, Inc. v. Verizon Communications Inc.* No. 24-cv-05285

Dear Judge Garnett:

    We represent Verizon[1] in this action. Under Rule I(B)(5) of the Court's Individual Rules, we write, on behalf of all parties, to jointly request an adjournment of the Initial Pretrial Conference currently scheduled for September 4, 2024, at 9:30 a.m. Dkt. No. 15. No adjournment of this Conference has previously been sought or given.

    On July 29, 2024, the Court granted Verizon's motion to extend the date by which it must respond to Plaintiff's complaint, setting the following motion-to-dismiss briefing schedule:

- Motion to dismiss: September 5, 2024
- Opposition: October 17, 2024
- Reply: November 7, 2024

Dkt. No. 30. Given the briefing schedule, the parties do not believe it would be efficient to conduct the Initial Pretrial Conference, which is currently scheduled to occur the day before Verizon's motion to dismiss is due. The parties thus respectfully request that the Court adjourn the Initial Pretrial Conference until November 21, 2024, two weeks after Verizon has filed its reply brief, or until another date convenient for the Court.

---

    [1] "Verizon" refers collectively to all three Defendants in this action: Verizon Communications Inc., Verizon Services Corp., and Cellco Partnership.

KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

Hon. Margaret M. Garnett
August 16, 2024
Page 2

Respectfully submitted,

/s/ Joshua D. Branson
Joshua D. Branson (admitted *pro hac vice*)
Scott H. Angstreich (admitted *pro hac vice*)
Minsuk Han
Kellogg, Hansen, Todd,
 Figel & Frederick, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
Fax: (202) 326-7999
jbranson@kellogghansen.com
sangstreich@kellogghansen.com
mhan@kellogghansen.com

*Counsel for Verizon*

cc: Counsel of Record (via ECF)

---

Request GRANTED. In light of the anticipated motion to dismiss, the conference that was scheduled for September 4, 2024, is ADJOURNED *sine die*. The Clerk of Court is directed to terminate Dkt. No. 35.

SO ORDERED. 8/19/2024

HON. MARGARET M. GARNETT
U.S. DISTRICT JUDGE