UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UMG RECORDINGS, INC. et al.<br><br>*Plaintiffs*<br><br>v.<br><br>VERIZON COMMUNICATIONS INC., et al.<br><br>*Defendants* | No. 24-cv-05285-MMG<br><br>Hon. Margaret M. Garnett<br><br>ORAL ARGUMENT REQUESTED |

**NOTICE OF VERIZON'S
MOTION TO DISMISS THE COMPLAINT**

PLEASE TAKE NOTICE that, for the reasons set forth in the accompanying memorandum of law and exhibits to the Declaration of Joshua D. Branson, Defendants Verizon Communications Inc., Verizon Services Corp., and Cellco Partnership (together, "Verizon") hereby move the Court to dismiss the Complaint with prejudice under Federal Rule of Civil Procedure 12(b)(6).

Date:  September 5, 2024                        Respectfully submitted,

/s/ *Joshua D. Branson*
Joshua D. Branson (admitted *pro hac vice*)
Scott H. Angstreich (admitted *pro hac vice*)
Minsuk Han (SDNY Bar No. 5340757)
Ashle J. Holman (admitted *pro hac vice*)
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel:  (202) 326-7900
Fax:  (202) 326-7999
jbranson@kellogghansen.com
sangstreich@kellogghansen.com
mhan@kellogghansen.com
aholman@kellogghansen.com

*Counsel for Verizon*

2