**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, ASYLUM RECORDS LLC, ATLANTIC RECORDING CORPORATION, ATLANTIC RECORDS GROUP LLC, BAD BOY RECORDS LLC, BIG BEAT RECORDS INC., ELEKTRA ENTERTAINMENT GROUP INC., ELEKTRA ENTERTAINMENT LLC, FUELED BY RAMEN LLC, LAVA RECORDS LLC, MAVERICK RECORDING COMPANY, NONESUCH RECORDS INC., RHINO ENTERTAINMENT COMPANY, RHINO ENTERTAINMENT LLC, ROADRUNNER RECORDS, INC., RYKODISC, INC., WARNER MUSIC INC., WARNER MUSIC INTERNATIONAL SERVICES LIMITED, WARNER MUSIC LATINA INC., WARNER MUSIC NASHVILLE LLC, WARNER RECORDS INC., WARNER RECORDS LLC, WARNER RECORDS/QRI VENTURE, INC., WARNER RECORDS/SIRE VENTURES LLC, ARISTA MUSIC, ARISTA RECORDS, LLC, LAFACE RECORDS, LLC, SONY MUSIC ENTERTAINMENT, SONY MUSIC ENTERTAINMENT US LATIN LLC, ULTRA RECORDS, LLC, VOLCANO ENTERTAINMENT III, LLC, ZOMBA RECORDING LLC, AND ABKCO MUSIC & RECORDS, INC.,

      Plaintiffs,

v.

VERIZON COMMUNICATIONS INC., VERIZON SERVICES CORP., AND CELLCO PARTNERSHIP (D/B/A VERIZON WIRELESS)

      Defendants.

Civ. Case No.  1:24-cv-05285-MMG

**JOINT STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)**

Plaintiffs UMG Recordings, Inc.; Capitol Records, LLC; Asylum Records LLC; Atlantic Recording Corporation; Atlantic Records Group LLC; Bad Boy Records LLC; Big Beat Records Inc.; Elektra Entertainment Group Inc.; Elektra Entertainment LLC; Fueled by Ramen LLC; Lava Records LLC; Maverick Recording Company; Nonesuch Records Inc.; Rhino Entertainment Company; Rhino Entertainment LLC; Roadrunner Records, Inc.; Rykodisc, Inc.; Warner Music Inc.; Warner Music International Services Limited; Warner Music Latina Inc.; Warner Music Nashville LLC; Warner Records Inc.; Warner Records LLC; Warner Records/QRI Venture, Inc.; Warner Records/SIRE Ventures LLC; Arista Music; Arista Records, LLC; LaFace Records, LLC; Sony Music Entertainment; Sony Music Entertainment US Latin LLC; Ultra Records, LLC; Volcano Entertainment III, LLC; Zomba Recording LLC; and ABKCO Music & Records, Inc. (collectively, "Plaintiffs") and Defendants Verizon Communications Inc.; Verizon Services Corp.; and Cellco Partnership d/b/a Verizon Wireless (collectively, "Defendants," and together with Plaintiffs, the "Parties") hereby jointly stipulate to dismissal of all claims in this matter with prejudice under Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), with each side bearing its own costs, expenses, and attorneys' fees.

Dated: April 22, 2026                                    Agreed to,

*/s/ Jeffrey M. Gould*                                   */s/ Joshua D. Branson*

Matthew J. Oppenheim                                     Joshua D. Branson
Jeffrey M. Gould                                         Scott H. Angstreich
Keith Howell                                             Minsuk Han
OPPENHEIM + ZEBRAK, LLP                                  Ashle J. Holman
4530 Wisconsin Ave. NW, 5th Floor                        KELLOGG, HANSEN, TODD,
Washington, DC 20016                                       FIGEL & FREDERICK, P.L.L.C.
Telephone: (202) 621-9027                                1615 M Street, N.W., Suite 400
matt@oandzlaw.com                                        Washington, D.C. 20036
jeff@oandzlaw.com                                        Tel: (202) 326-7900
khowell@oandzlaw.com                                     Fax: (202) 326-7999
                                                         jbranson@kellogghansen.com

2

*Attorneys for Plaintiffs*

sangstreich@kellogghansen.com
mhan@kellogghansen.com
aholman@kellogghansen.com

*Counsel for Defendants*